# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

137327

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MARCUS DEON OGDEN,
       Defendant-Appellant.

SC: 137327
COA: 278372
Kalamazoo CC: 06-001566-FC

_____/

     On order of the Court, the application for leave to appeal the July 31, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

s0518

                          Clerk